CLERK
COURT OF APPEALS.
SEVENTH DISTRICT OF TEXAS.
P.O. BOX 9540
Amarillo, Tx 79105-9540



Re: Evangelos Pagonis v Catherine Thomas.
    Cause No: 07-15-00090-CV.

Dear Honorable Clerk

    I Evangelos Pagonis Plaintiff Pro Se Hereby Request Permission To Amend The Supplement Brief To Includ The Denial of Immunity For The Defendant on The Following Reason[s].

    The Defendant clearly violated established Constitutional Rights of which a Reasonable Person would have known. The Facts Alleged show That The defendant's conduct violated The Fourth and First Amendment Violation of The United State Constitution.

    ① The First Amendment Right To Petition The Government, including everything From Signing a Petition To filing a lawsuit. The Deprivation of Vital Evidence on The Treatment Given and Dated Harmed Plaintiff suit. Thomas Interfered with litigation.

2. THE FOURTH AMENDMENT: THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS, AND EFFECTS... THIS DOES NOT DISCRIMINATE FROM INCARCERATED PERSONS OR NOT, THE LEGAL DOCUMENTS ARE PLAINTIFF'S SECURED PAPERS. THE SEARCH WAS UNREASONABLE DUE TO THE SIZE OF THE KEY (NOT KEY'S AS COUNSEL STATED IN ORIGINAL RESPONSE). THOMAS FALSLY ACCUSSED THE INMATES OF TAKING THE KEY, KNOWING THAT HER STAFF HAS TOTOL CONTROL OF ALL KEY[S] THAT MUST BE REQUESTED FROM THE CONTROL PICKET. AN MOST BE KEPT ON THE OFFICERS PERSON AT ALL TIMES UNTIL RETURNED TO THE PICKET. IF THIS WAS BREACH THAN ITS A CHAIN OF CUSTODY ISSUE.

THE FACTS CLEARLY SHOW THAT DEFENDANT THOMAS VIOLATED ESTABLISHED CONSTITUTIONAL RIGHTS AND POLICY OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ACCESS TO COURT BUY SCATTERING LEGAL MATERIAL AND DISRUPTING SUCH.

I REQUEST THAT NO IMMUNITY BE GRANTED TO DEFENDANT. HER ACTION CLEARLY VIOLATES PLAINTIFFS CONSTITUTIONAL RIGHTS.

Respectfully Submitted.
Evangelos Pagonis

11950 FM 998
DALHART TX 79022

Certificate of Service.

I Evangelos Pasonis Plaintiff Pro Se Hereby Certify a true Copy of the foregoing was Serviced to Counsel for Defendant By Placing the Same in the Hallman mail Room postage Prepaid and Addressed To:

Johnathan Stone
Assistant Attorney General.
P.O Box 12548, Capitol Station
Austin, Tx 78711

On This Day of May 29th 2015.

Evangelos Pasonis

1626253
Evan Pascuos
Dallart Unit
11.50 Fm 998
Dallart Tx 79022

AMARILLO TX 791
01 JUN 2015 PM 2 T



Clerk
Court of Appeals.
Seventh District of Texas.
501 S. Filmore Suit 2-A
Amarillo, Tx 79101-2447.

79101082449

Legal.